# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**STEVEN C. FOWLER**                                                                                           **PLAINTIFF**

**V.**                        **CASE NO. 4:19-CV-00902 JM-JTK**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**                               **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment is entered for the Defendant.

DATED this 19th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE