# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**STEVEN C. FOWLER**                                                                                    **PLAINTIFF**

**V.**                           **CASE NO. 4:19-CV-00902 JM-JTK**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**                       **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 19th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE